IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TIMOTHY WALTERS                                                                              PLAINTIFF

vs.                                        Civil No. 6:13-cv-06143

CAROLYN COLVIN                                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 2nd day of February 2015, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                                                    /s/  Barry A. Bryant
                                                                                    HON. BARRY A. BRYANT
                                                                                    U. S. MAGISTRATE JUDGE